**Exhibit A to the Complaint**

**Location:** Arlington, VA    **IP Address:** 72.83.169.102
**Total Works Infringed:** 24    **ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>25181ED05F2F5B4D6D57958A7ADE413AD7BB3CCD<br>File Hash:<br>D022A939DB07B30E913F769A70F9DF1E07FA5F33C129A560289254DD3CC94876 | 04-28-2021<br>04:35:05 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 2 | Info Hash:<br>10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash:<br>889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-15-2021<br>04:01:01 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 3 | Info Hash:<br>2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-02-2021<br>03:10:23 | Blacked<br>Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 4 | Info Hash:<br>15993034DF725B0F95C9E986F41206E43CE88572<br>File Hash:<br>E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 03-11-2021<br>06:08:19 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 5 | Info Hash:<br>FAB296ABD8590589A86EFFECE2ECAD1AF371FA59<br>File Hash:<br>CCAC2BBFEF6770BE2FD693DCE809BEF3B915B1BFA3185FE9CDA04070A6A8E987 | 02-21-2021<br>23:31:08 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 6 | Info Hash:<br>0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash:<br>374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 02-18-2021<br>01:21:48 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 7 | Info Hash:<br>B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07<br>File Hash:<br>F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 02-06-2021<br>05:59:23 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 8 | Info Hash:<br>D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-04-2020<br>03:35:19 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash:<br>1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09-21-2020<br>00:09:56 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 10 | Info Hash:<br>3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash:<br>D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-20-2020<br>18:39:08 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 11 | Info Hash:<br>C7B9E04D1B4A48BA8521CD2A63D8E0C433228F5B<br>File Hash:<br>944EE729ECA9231D5A144C73793D40EB4EAB660D3FC94D1A4207EDA1EFF90E16 | 09-15-2020<br>03:15:21 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 12 | Info Hash:<br>3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash:<br>7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-15-2020<br>02:55:45 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 13 | Info Hash:<br>4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash:<br>DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-08-2020<br>21:58:13 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 14 | Info Hash:<br>857A581B7B90169EBF295CB5EE02A67AA62FB62B<br>File Hash:<br>D2008653A6F23C5E2989F3168A993B5362D369D75F70A6E7AA62A4F14AE5A869 | 08-25-2020<br>00:39:31 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 15 | Info Hash:<br>F8BEA2187EB8AC4D9D102095C2A9C332FFDAC5CF<br>File Hash:<br>665F883B02F64EAB71844D54138F85F3010D84DEAEC3AAD7FAAACE346EECEB50 | 08-16-2020<br>22:23:43 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 16 | Info Hash:<br>1A92299DDA5040D0693B762F61D04248FA6151CE<br>File Hash:<br>CB416AFE215C640F81767705434038E7F4F27F11AD112979D539327F0F451758 | 07-24-2020<br>06:46:05 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 17 | Info Hash:<br>B09E9CF2E3E2C4279F4B81C4CF3E0969FA69BCA9<br>File Hash:<br>32B33405FB2AC121AA10125EFFB371533C69FCBDBFD6D006225A38BBCD3C8C7D | 07-23-2020<br>03:42:17 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash: A86B41A02492AF10C5AE62E567C18EDBF5562A14 File Hash: D1597520903CC87C2F7D25570CDBC19829B0E895223AE947B6BD50746F339783 | 07-16-2020 02:17:51 | Tushy | 11-07-2019 | 12-03-2019 | PA0002232040 |
| 19 | Info Hash: A9DAD12F7FA6048AB1B6CAA6873ACC02FFCCA784 File Hash: 53832984D2FF0D6FB25B18B745B88212B099C1A915575B66404C2771A43AFCD6 | 06-29-2020 20:45:32 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 20 | Info Hash: 6146ACD481B069D33C0497823A8126115A05BACC File Hash: 23D0F7B0CDCCB3F445FFC4ABF6B7C7700163C6DE4634AB7710677E97CD22AE96 | 06-21-2020 16:20:44 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 21 | Info Hash: F2574818F5BC066E5B281B8C2EFEE7DA607534AF File Hash: BE83BFC4404348FFEDC4CBA3C3E94BF520CB2433E6D41F78D0165F208E4D8CFB | 06-08-2020 19:54:53 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 22 | Info Hash: B56A463C6687A90CD2AA1FA47FFF1AF85CE1965A File Hash: 18FB5047A973C8FD6F1002B32B8C7A79FE2A6A013E6766480626A809EDD9539D | 06-07-2020 03:10:01 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 23 | Info Hash: 059D4EF8E745619EE09DECD73866CDBAC7B49C34 File Hash: 5F79B6EC75F9DDBFB3DB6AD99C86A9600C4333AE38CD62F3643ACDB279614110 | 05-03-2020 20:26:13 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |
| 24 | Info Hash: 82F0EDE150E947ED87012A1D0AF7A0050F7166CF File Hash: C8B6A9FFD865EC0101EDB0E068E4A92BC477E62BC404553DADC97796D1950491 | 04-21-2020 07:08:31 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |